IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH ROSHAUN REID, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-84 |
| v. | : | |
| | : | (Judge Rambo) |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 5th day of November 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to enter judgment in favor of Plaintiff Kenneth Roshaun Reid and against the United States of America;

2. Plaintiff is awarded $600.00 in damages in the above-captioned action;

3. The United States of America is directed to promptly pay this sum to Plaintiff pursuant to any applicable Bureau of Prisons' policies; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge